In the Matter of FREDERICA BOND (now FREDERICA B. LINDLEY), Respondent.

LEE SHUBERT, Appellant.

Argued May 19, 1943; decided June 18, 1943.

*Theodore Kiendl, William Klein, Milton R. Weinberger* and *Adolph Lund* for appellant.

*Roland Ford* and *Herman B. Forman* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.